1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   AUDEL JIMENEZ-SERRANO

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No. 1:17-cr-00123-LJO-SKO

12              Plaintiff,            STIPULATION TO CONTINUE CHANGE OF
                                     PLEA HEARING; ORDER
13  vs.
                                     Date: April 16, 2018
14  AUDEL JIMENEZ-SERRANO,           Time: 8:30 a.m.
                                     Judge: Hon. Lawrence J. O'Neill
15              Defendant.

16

17         **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney, Ross Pearson, counsel for the plaintiff, and Assistant

19  Federal Defender, Megan T. Hopkins, counsel for defendant, Audel Jimenez-Serrano, that the

20  matter presently set for a change of plea hearing on March 19, 2018, at 8:30 a.m., before the

21  Honorable Lawrence J. O'Neill, be continued to April 16, 2018 at 8:30 a.m.

22         This is a fast-track case, however, due to some unusual circumstances the parties are

23  requesting the continuance in order to allow for plea negotiations for a modified fast-track

24  agreement. The parties anticipate reaching an agreement prior to April 16, 2018 and filing a

25  copy with the Court. Should the parties fail to reach an agreement, Mr. Jimenez-Serrano

26  nevertheless intends to proceed with a change of plea, and so it is requested that this matter

27  remain on calendar before the District Judge.

28         The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the April 16, 2018 hearing for *inter alia* defense preparation.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 15, 2018     */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 15, 2018     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Audel Jimenez-Serrano

**O R D E R**

**IT IS SO ORDERED.**

Dated:  **March 15, 2018**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE