| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | AUDEL JIMENEZ-SERRANO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00123-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date: August 22, 2018 |
| AUDEL JIMENEZ-SERRANO, | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Ross Pearson, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Audel Jimenez-Serrano, that the matter presently set for sentencing on July 16, 2018, at 8:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Wednesday, August 22, 2018 at 8:30 a.m.

Defense counsel has had some difficulty arranging for a contact visit with the defendant at Kern County Jail in order to complete a sentencing video that defense counsel intends to submit for the Court's consideration prior to sentencing. Defense counsel received confirmation today that a contact visit has been approved for July 3, 2018 at the Lerdo facility. Given the proximity to the current sentencing date, defense counsel will need some additional time to finalize all materials and submit them prior to the hearing. Defense counsel is therefore requesting additional time to prepare, and the government is in agreement with the proposed date

for continuance.

Given that the defendant has already entered a plea, it is not necessary to exclude time through the requested continuance date.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: June 26, 2018  /s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: June 26, 2018  /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Audel Jimenez-Serrano

**O R D E R**

IT IS SO ORDERED.

Dated: **June 26, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE