1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN #294141
   Assistant Federal Defenders
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  AUDEL JIMENEZ-SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00123 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AMENDED ORDER |
| vs. | Date: October 2, 2018 |
| AUDEL JIMENEZ-SERRANO, | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Audel Jimenez-Serrano, that the sentencing hearing currently scheduled for August 22, 2018 at 8:30 a.m. be continued to September 17, 2018 at 8:30 a.m.

Defense counsel will be out of the office at the time sentencing materials are due to the Court under the current sentencing schedule. Defense counsel intends to submit both a memorandum and sentencing video, and will need to be present in the office for the finalization and submission of these materials.

///

///

///

Both parties are available for sentencing on September 17, 2018, and this continued schedule will ensure that defense counsel is available at the time materials will need to be finalized and submitted to the Court for consideration prior to imposing a sentence.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 6, 2018　　　　　　　　*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 6, 2018　　　　　　　　*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
AUDEL JIMENEZ-SERRANO

## **O R D E R**

The sentencing hearing currently scheduled for August 22, 2018 is hereby continued to October 2, 2018 at 8:30 a.m.　　The Court is not in the District on the date requested.

IT IS SO ORDERED.

Dated:　**August 6, 2018**　　　　　　　　/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE