IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AUDEL JIMENEZ-SERRANO<br><br>　　　　　　　　Defendant. | Case No.: 1:17-CR-00123-001 LJO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on October 1, 2018, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. This Order in no way addresses any potential or existing Immigration or Deportation issues, including an existing hold.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　　Dated: __**October 1, 2018**__　　　　　_____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE